Clay M. Taylor
Texas Bar I. D. 24033261
C. Josh Osborne
Texas Bar I. D. 24065856
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:    817/332-2500
Telecopy:     817/878-9280

*Counsel for C-III Asset Management LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-33868-11 |
| ANGARAKA LIMITED PARTNERSHIP | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**C-III ASSET MANAGEMENT'S CONSOLIDATED OBJECTION TO: I) DEBTOR'S RESPONSE TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS' MOTION TO DISMISS CASE WITH PREJUDICE; AND II) MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION TAXES AND RELATED OBLIGATIONS**

C-III Asset Management LLC (f/k/a Centerline Servicing LLC, f/k/a ARCap Servicing, Inc., in its capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated March 1, 1999) ("C-III Asset Management") files its Consolidated Objection (the "Objection") to: i) Debtor's Response (the "Response") to Texas Comptroller of Public Accounts' (the "Comptroller") Motion to Dismiss Case with Prejudice (the "Motion to Dismiss"); and ii) Motion of the Debtor for Entry of an Order Authorizing the Debtor to Pay Prepetition Taxes and Related Obligations (the "Motion to Pay Prepetition Debt"). In support of the Objection, C-III Asset Management shows the following:

1. The Comptroller filed his Motion to Dismiss on February 28, 2011 [Docket No. 105]. In the Motion to Dismiss, the Comptroller alleged that Debtor's charter was forfeited

prepetition due to Debtor's failure to pay its franchise taxes. According to the Comptroller, under applicable state law, Debtor's forfeiture means that Debtor may liquidate its assets and wind down, but may not reorganize.

2. On March 21, 2011, Debtor filed its response arguing essentially that Debtor can either: i) convert its case or file a liquidating plan and not be in violation of the Texas state law; or ii) pay the Comptroller prior to a plan being confirmed; and thus avoid the gravamen of the Comptroller's Motion to Dismiss.

3. Ten days later, on March 31, 2011, Debtor filed its Motion to Pay Prepetition Debt. In that motion, Debtor seeks permission to immediately pay the Comptroller $33,096.00 in prepetition franchise taxes.

## OBJECTION

4. C-III Asset Management objects to the Motion to Pay Prepetition Debt and the Response. As the Debtor stipulated in the Cash Collateral Order, C-III Asset Management has a perfected security interest in all of the Debtor's assets. Pursuant to the Cash Collateral Order, the Debtor may only use cash to satisfy expenses provided for in its budget (which Debtor has failed to provide) unless C-III Asset Management consents to such payment. C-III Asset Management does not consent to Debtor paying the Comptroller. Additionally, the Debtor is owned by a closed-end fund which, by definition, means that the Debtor's equity owners are unable to contribute additional funds to the Debtor. Thus, the Debtor does not have the ability to pay the prepetition debt without C-III Asset Management's consent.

5. Furthermore, pursuant to the Cash Collateral Order, "none of Secured Creditor's Collateral, including the Cash Collateral, shall be subject to surcharge, pursuant to §§ 506(c), 552(b) or 105(a) . . . or any other section of the Bankruptcy Code shall be implied from any action, inaction or acquiescence by Secured Creditor."

6. C-III Asset Management also objects to Debtor's argument that the Debtor may amend its Plan to a liquidating plan or convert its case. Preliminarily, the Debtor has simply not taken such action. Moreover, under the Cash Collateral Order, Debtor may not seek conversion of the case without C-III Asset Management's permission. Furthermore, if an order is entered converting Debtor's bankruptcy case, Debtor will be in default under the Cash Collateral Order. Given that this type of default is incurable and because Debtor has defaulted more than three times under the Cash Collateral Order whereby any further default would automatically trigger stay relief for C-III Asset Management, no stay would be in place and C-III Asset Management would merely take possession of its collateral.

## REQUEST FOR RELIEF

C-III Asset Management respectfully requests that the Court: i) grant the Motion to Dismiss; ii) deny the Motion to Pay Prepetition Debt; and iii) grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

/s/ Clay M. Taylor
Clay M. Taylor
Texas Bar I. D. 24033261
clay.taylor@kellyhart.com
C. Josh Osborne
Texas Bar I. D. 24065856
c.joshosborne@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

*Counsel for C-III Asset Management LLC*

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing document was served on April 22, 2011 upon the counsel for Debtor, the Office of the United States Trustee, Debtor's 20 largest creditors, and all persons who have filed a notice of appearance and request for service of pleadings in the chapter 11 case via first class, U.S. mail, postage prepaid, e-mail, or via ECF Electronic Notice.

                                                          /s/ *C. Josh Osborne*
                                                          C. Josh Osborne

# ANGARAKA LIMITED PARTNERSHIP
## SERVICE LIST

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

Angaraka Limited Partnership
Buchanan Street Partners
620 Newport Center Drive, 8th Floor
Newport Beach, CA 92660

J. Seth Moore
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, TX 75201

Vincent P. Slusher
DLA Piper LLP US
1717 Main Street
Suite 4600
Dallas, TX 75201

J National Contractors, Inc.
17630 Davenport Road Ste 104
Dallas, TX 75252

Alejandro Cabrera
P.O. Box 382608
Duncanville, TX 75138

Painting by Olda, Inc.
5614 Sachse Street
Sachse, TX 75048

Javier Ramirez
2811 Cumberland Dr.
Mesquite, TX 75150-3805

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-0958

Enrique Hernandez
Hernandez Repair
1723 Peters Rd Ste 442
Irving, TX 75061-3238

All-Star Flooring, Inc.
3241 Garden Brook Drive
Farmers Branch, TX 75234

Woodland Graphic Custom Signs
P.O. Box 822702
Dallas, TX 75382

Sunbelt Pools, Inc.
10555 Plano Road
Dallas, TX 75238

Startex Power
P O Box 4802
Houston, TX 77210-4802

Wilmar Industries, Inc.
PO Box 404284
Atlanta, GA 30384-4284

Greensheet
2501 Parkview Dr, Suite 430
Fort Worth, TX 76012

Victor Manuel Litteri
403 Rosemary Lane
Euless, TX 76039

Earthworks, Inc.
PO Box 199
Lillian, TX 76061

Ana Gutierrez
P.O. Box 201542
Arlington, TX 76006

Metro Staffing LLC
PO Box 905756
Charlotte, NC 28290-5756

RV All Floors LLC
2734 Copper Valley Ct.
Houston, TX 77067

Vincente Mejia
P.O. Box 451044
Garland, TX 75045

Taurus Painting
PO Box 701002
Dallas, TX 75370-1002

Redi Carpet
PO Box 971442
Dallas TX 75397-1442