Vincent P. Slusher
State Bar No. 00785480
vince.slusher@dlapiper.com
J. Seth Moore
State Bar No. 24027522
seth.moore@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 743-4572
Facsimile:    (972) 813-6267

COUNSEL FOR DEBTOR AND
DEBTOR-IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter No.:  11 |
| | § | |
| **Angaraka Limited Partnership** | § | Case No.:  10-33868-sgj11 |
| | § | |
| Debtor. | § | |

### NOTICE OF WITHDRAWAL OF MOTION

DLA Piper LLP (US), counsel to the Debtor and Debtor in Possession herein (the "<u>Debtor</u>"), hereby withdraws its Motion to Draw Down Retainer [Dkt. No. 73] without prejudice, and requests that the Motion to Draw Down Retainer be taken off the Court's calendar.

| | |
|---|---|
| Date:   May 23, 2011 | Respectfully submitted, |

Dallas, Texas

                                    **DLA PIPER LLP (US)**

                                    By: /s/ *J. Seth Moore*
                                    Vincent P. Slusher
                                    State Bar No. 00785480
                                    vince.slusher@dlapiper.com
                                    J. Seth Moore
                                    State Bar No. 24027522
                                    seth.moore@dlapiper.com
                                    DLA Piper LLP (US)
                                    1717 Main Street, Suite 4600
                                    Dallas, Texas 75201
                                    Telephone: (214) 743-4572
                                    Facsimile: (972) 813-6267

                                    Attorneys for the Debtor
                                    and Debtor in Possession

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on May 23, 2011 to the Debtor's secured creditor, all notice of appearance parties, and the United States Trustee by ECF notification and/or U.S. mail.

                                    */s/ J. Seth Moore*
                                      J. Seth Moore