Clay M. Taylor
Texas Bar I. D. 24033261
C. Josh Osborne
Texas Bar I. D. 24065856
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

*Counsel for C-III Asset Management LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-33868-11 |
| ANGARAKA LIMITED PARTNERSHIP | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## C-III ASSET MANAGEMENT LLC'S: I) WITHDRAWAL OF DECLARATION OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY AND II) STIPULATION WITH DEBTOR

PLEASE TAKE NOTICE THAT C-III Asset Management LLC (f/k/a Centerline Servicing LLC, f/k/a ARCap Servicing, Inc., in its capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated March 1, 1999) ("C-III Asset Management") previously filed its Declaration of Default and Notice of Termination of Automatic Stay (the "Termination Notice") [Doc. No. 135] against Angaraka Limited Partnership ("Debtor").

PLEASE TAKE FURTHER NOTICE THAT C-III Asset Management and Debtor have conferred regarding the Termination Notice and have agreed to the following: Debtor stipulates that the monthly reporting to C-III Asset Management and excess cash flow payments required by the terms of the Agreed Cash Collateral Order, shall be delivered to C-III Asset Management on the 20th day after month end, beginning in the month of June, 2011.

PLEASE TAKE FURTHER NOTICE THAT, in consideration of Debtor's agreement, C-III Asset Management hereby withdraws the Termination Notice.

Respectfully submitted,

/s/ *Clay M. Taylor*
Clay M. Taylor
Texas Bar I. D. 24033261
clay.taylor@kellyhart.com
C. Josh Osborne
Texas Bar I. D. 24065856
josh.osborne@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

*Counsel for C-III Asset Management LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served on May 24, 2011 upon those parties who receive ECF Electronic Notice.

/s/ *C. Josh Osborne*
C. Josh Osborne

SEEN AND AGREED TO:

| | |
|---|---|
| Dated:   May 24, 2011 | Dated: May 24, 2011 |
| **DLA PIPER US LLP** | **Kelly Hart & Hallman LLP** |
| By: /s/ *J. Seth Moore* | By: /s/ *Clay M. Taylor* |
| Vincent P. Slusher | Clay M. Taylor |
| State Bar No. 00785480 | Texas Bar I. D. 24033261 |
| vince.slusher@dlapiper.com | clay.taylor@kellyhart.com |
| J. Seth Moore | C. Josh Osborne |
| State Bar No. 24027522 | Texas Bar I. D. 24065856 |
| seth.moore@dlapiper.com | josh.osborne@kellyhart.com |
| DLA Piper LLP (US) | Kelly Hart & Hallman LLP |
| 1717 Main Street, Suite 4600 | 201 Main Street, Suite 2500 |
| Dallas, Texas 75201 | Fort Worth, Texas 76102 |
| Telephone: (214) 743-4572 | Telephone:    817/332-2500 |
| Facsimile: (972) 813-6267 | Telecopy:     817/878-9280 |
| Attorneys for the Debtor and Debtor in Possession | Attorneys for C-III Asset Management LLC |